AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BRANDON TERRY,

        Petitioner/Defendant

       v.                                **Civil Action No. 1:13-CV-121  TLS**
                                         **(Criminal Case No. 1:10-CR-32 TLS)**

UNITED STATES OF AMERICA,

        Respondent/Plaintiff

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____ .

☒ Other: The Respondent/Defendant's Motion for Corrected Sentence Pursuant to 28 U.S.C. § 2255 is GRANTED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Theresa L. Springmann  on a Motion for  Corrected Sentence Pursuant to 28 U.S.C. § 2255.

DATE:      May 2, 2013                ROBERT N. TRGOVICH, CLERK OF COURT

                                                    By       s/C. Reed
                                                    *Signature of Clerk or Deputy Clerk*